Cause No. 428298

| | | |
|---|---|---|
| **STATE *of* TEXAS,** | § | **IN THE COUNTY COURT** |
| *Appellant* | § | |
| *v.* | § | **AT LAW NO. 15** |
| **MANUEL CARDENAS,** | § | |
| *Appellee* | § | **BEXAR COUNTY, TEXAS** |

## NOTICE OF APPEAL, CERTIFICATION, AND REQUEST FOR STAY

NOW COMES the State of Texas, by and through Nicholas "Nico" LaHood, Criminal District Attorney of Bexar County, Texas, with the filing of this Notice of Appeal and Request for Stay in the above styled criminal cause.

### I. NOTICE OF APPEAL

Pursuant to Article 44.01(a)(1) and (a)(5) of the Texas Code of Criminal Procedure, the State hereby appeals this Court's order granting the defendant's Motion to Suppress Evidence and dismissing the information in the above-numbered cause. The order granting the defendant's Motion to Suppress Evidence and dismissing the case was granted on April 14, 2015. The State's Notice of Appeal is due to be filed on or before May 4, 2015.

### II. CERTIFICATION THAT THE APPEAL IS NOT TAKEN FOR PURPOSES OF DELAY

I, Nicholas "Nico" LaHood, Criminal District Attorney of Bexar County, Texas, the prosecuting attorney in this case, hereby certify to this Court that the appeal in the above styled and numbered cause is not taken for the purpose of

delay and that the issues to be presented and evidence suppressed are of substantial importance to the case.

## III. REQUEST FOR STAY OF PROCEEDINGS IN THE TRIAL COURT

Pursuant to Article 44.01(e) of the Texas Code of Criminal Procedure, the State is entitled to a stay in the proceedings pending the disposition of an appeal under Subsection (a) or (b) of Article 44.01. This appeal is taken pursuant to article 44.01(a) of the Texas Code of Criminal Procedure. Therefore, the State respectfully requests that this court stay all proceedings in this matter pending disposition of the State's appeal.

Respectfully submitted,

NICHOLAS "NICO" LAHOOD
*Criminal District Attorney*
Bexar County, Texas
101 West Nueva, Seventh Floor
San Antonio, Texas 78205
Voice: (210) 335-2342
Fax: (210) 335-2884
State Bar No. 24030360
*Attorney for the State*

2

# CERTIFICATE OF SERVICE

I, Jennifer D. Rossmeier, Assistant Criminal District Attorney of Bexar County, Texas, hereby certify that a true copy of the above and foregoing *Notice of Appeal, Certification, and Request for Stay* is being delivered via mail to Robert A. Valdez, attorney for Defendant/Appellee.

JENNIFER D. ROSSMEIER
*Assistant Criminal District Attorney*
State Bar No. 24079247
101 West Nueva, Suite 708
San Antonio, Texas 78205
Phone: (210) 335-2734
Fax: (210) 335-2436
Email: jennifer.rossmeier@bexar.org
*Attorney for the State*

cc: ROBERT A. VALDEZ
*Attorney at Law*
State Bar No. 20428000
410 S. Main, Suite 203
San Antonio, Texas 78204
Voice: (210) 227-2401
*Attorney for the Defendant/Appellee*